

# Moorish American Consulor Court, Compotent Jurisdiction
Pursuant to P.L. 8 Stat. 484
## Moorish National Republic Federal Government North East Amexem Territories and Domions
~ An Unincorporated Moorish Science Temple for America ~
The True and De Jure Natural Heirs and Inheritors to the Land
~ I. Self. Law. Am. Master. ~

## WRIT OF MANDAMUS

**Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.**

FEDERAL CLASSIFICATIONS: UNIQUE IDENTIFIER NO. 1237.7 / HIERARCHAL CODE R1.01.052.004 / FEDERAL CODE NO. 667 FEDERAL CODE NO. 463 / U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17 / U.S. DEPARTMENT OF JUSTICE FILE NO. BM: $HR:1WD:144-35-0-CORPORATIONS-RELIGIOUS-AFFIDAVIT OF ORGANIZATION-FORM 1099 DOC NO. 10105905 BOOK 521 Page 579 RECORDED IN COOK COUNTY CHICAGO, ILLINOIS-1928-AUGUST 01, 2:52 PM / U.S. NATIONAL ARCHIVES RECORD GROUP NO. 147 BOOK NO. 5-21 Page NO. 539-------SEE: 7003: SOCIAL SECURITY ADMINISTRATION

---

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRIT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Steven Abdul-Azziz El Bey, **In Propria Persona**, **Ex Relatione** and Authorized Representative for: STEVEN L. SMITH, CESTUI QUE TRUST ESTATE (Ens Legis) <br><br> Petitioner, <br><br> v. <br><br> Judge W. DAVID BRANSTOOL, et. al., <br><br> Respondent. | Case No. **2:23 CV 1258** <br> **JUDGE MARBLEY** <br> WRIT OF MANDAMUS <br> **MAGISTRATE JUDGE DEAVERS** <br><br> RE: DOCKET NUMBER: 15CR463 In the Records of the foreign COMMON PLEAS COURT OF LICKING COUNTY, OHIO <br><br> Consular Jurisdiction under Treaty Law per Article 20 and 21 under The Treaty of Peace and Friendship 1787/1836 between the United States of North America and The Moroccan Empire <br><br> Diversity of Citizenship Case |

---

**INTERNATIONAL DOCUMENT**
For The Record To Be Read Into The Record

**Res Judicata**
*Non Rebutted Affidavits are "Prima Facie Evidence in the Case," United States vs. Kis, 658 F.2d, 526, 536-537 (7th Cir. 1981);*





*Cert Denied, 50 U.S. L.W. 2169; S.Ct. March 22, 1982, "Indeed, no more than (Affidavit) is necessary to make the Prima Facia Case."*

## ISSUES PRESENTED

This is a formal **Mandamus Complaint** against Officers of the Private Foreign For-Profit CORPORATE Administrative Tribunal / Court styled as the COMMON PLEAS COURT OF LICKING COUNTY.

For the Record, On the Record, and Let the Record show, I am a Moor American National, Aboriginal, Indigenous, Natural Inhabitant, Living Human-Being, In Propria Persona, Sui Juris, (**NUL TIEL CORPORATION**, not under the 14th Amendment as a Corporate Citizen - Corporate Construct on paper) not an ens legis, and not a nom-de-guerre, straw man, or any other artificial corporate construct as written in all CAPITAL LETTERS (by Law such grammer indicates a Corporation, per United States Government Printing Office), by the unclean hands of others, or any Representative thereof. The 14th Amendment NOT RATIFIED, was unawfully established for the purpose of placing the Natural People under the jurisdiction of the Corporate State and/or as Chattel Property with NO Rights to be acknowledged. Thus proof of human slavery and human trafficking. I do not, have not, and will not, under any circumstances, by threat, duress, or coercion waive any (Birth) Rights, Substantive Rights, and Unalienable Rights Secured by the United States Republic Constituion, Universal Declaration of Human Rights, Rights of Indgenous peoples, House Joint Resolution 75, Journals of the House of Representatives (Sundry Moors). I am Sovereign to this Land Possessing Free-hold by Inheritance status; standing squarely affirmed and bound to both the American and Zodiac Constitiution for the United States Republic, North America, and as such the Administrative Tribunal / Court does not, did not, a can never have lawful jurisdiction to hear, demand, present, or pass judgement in any matter concerning my affairs under a quasi criminal non sanctioned tribunal of foreign private law process; not to be misconstrued as Corporate Person, who may be found to have no Rights to be denied.

Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite, and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central Americas and the Adjoining Islands-bound squarely affirmed to **THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D.** superseded by **THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D.** between Morocco and the United States the same as displayed under Treaty Law, Obligation, Authority as expressed in article VI of the Constitution for the United States of America Republic.

**Original Amendment XIII of the United States Constitution, Inclusive of its Twenty (20) Sections April 9, 1865 A.D. Source: "The Congressional Globe", The Official Proceedings of Congress; Published by John C. Rivers, Washington, District of Columbia, United states Republic. Thirty-Eighth Congress, 1st Session. Sec. 12.** *"The traffic in slaves with Africa is hereby forever prohibited on pain of death, and foreiture of all the rights and property of persons engaged therein; and the descendants of Africans shall not be citizens."*

How did this descendant of Africans thus become a citizen?
Answer: Fraud.





The Illustrious **Noble Drew Ali**, the only Divine Prophet to be born in America, was the first descendant of Africans to strip off the covers of feigned citizenship strategically hidden in the United States Constitution's Fourteenth and Fifteenth Amendments. In one of his editorials the Holy Prophet issued, "a divine warning for the nations" wherein he spoke of the pseudo-redemptive powers in the application of these amendments aimed towards his people and citizens. Ali said, *"...through your free national name you are known and recognized by all nations of the earth that are recognized by said national government in which they live. The 14th and 15th Amendments brought the north and the south in unit, placing southerns who were at that time without power, with the constitutional body of power. And at that time, 1865, the free national constitutional law that was enforced since 1774 declared all men equal and free, and if all men are declared by the free national constitution to be free and equal, since that Constitution has never been changed, there is no need for the application of the 14th and 15th Amendments for the salvation of our people and citizens."*

The 14th Amendment merely changed and legalized the language to color the institution of a psychohistory servitude into the Assumed Citizenry it is today. As it reads, "...All persons born..." This clause was made to symbolize the Nationalization of former slaves into citizens. Yet, without the free National Descent Name of their forefathers and their own true nationality then by Divine and Natural Law they are still slaves and subject to the jurisdiction thereof.

## NECESSARY FACTS

The artfully invented 14th Amendment , corporate person (Negro status), which is an artificial person (Ens Legis), is secured by bonds and held by the U.S. Demo-Democracy which is that contemporary private corporation political body, which is the Master Corporation i.e. "the territories and District of Columbia" **13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864** which has never been changed, amended, or appealed. And all references to "state, States, United States" in Federal Code that are not otherwise specifically defined, must be construed as "the territories and District of Columbia.

According to **Federal Rule Title 18, Section 241-242**, (No one has the right, especially under Cadges, and courts, etc) "To Denationalize, deprive any rights, privliges or immunities by reason of color or race." Whereas the trial court has been hereby demanded to prove that Negro, Black, Colored, Afrcan-American, Afro-American is a lawful status with a decendant Nature within the scope of nationality or national origins of forefathers, equal to all other people. And further, the trial court must prove this status existed before the establishment of the Continental Congress and after its congressional death in 1865. In addition, Negro, Black, Colored, African-American, Afro-American, etc., is decalared "Property" and no property can testify against itself in any court of law. Only its owner must appear. Therefore who owns the Negro, Black, Colored, Afrcan-American, Afro-American, etc., that was declared out in 1865 with the institution of slavery? It is the appearance of the rightful owner of the property, not the property, required to answer in a Court of Law. *"Courts enforcing mere statutes do not act judicially, but merely ministerially; thus, having no judicial immunity. And, unlike Courts of Law, do not obtain jursdicition by service of process, nor even arrest and compelled appearance."* **(See: Boswell v. Otis, 9 How. 336, 348; to wit)**.

This Petioner has refuted that fraud, misjoinder, and presumption; has declared for the public record and has returned the European cognomen and ficticious misnomer back to the Colonial possessors of its pedigree. I have affirmed my true, 'Proper Person Status', actual, rightful and civil, 'In Full Life Status', conjoined to my Moorish American Consanguine Pedigree and National Honor, upon Divine Law, Natures Law, Universal Law, Moorish Birthrights, International Law, and Constitutional






Law. **(See WRIT OF HABEAS CORPUS AD SUBJICIENDUM, (See AFFIDAVIT OF EVIDENCE AND INFORMATION at pg. 6-12). filed with aforesaid tribunal/trial court)**

• **FRAUD.** An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him (My Birthright) or to surrender a legal right; (My Nationality) a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury. (negro, black, colored status, civiliter mortus) Brainerd Dispatch Newspaper Co. v. Crow Wing County, 196 Minn. 194, 264 N.W. 779, 780. Any kind of artifice employed by one person to deceive another. Goldstein v. Equitable Life Assur. Soc. of U. S., 160 Misc. 364, 289 N.Y.S. 1064, 1067. A generic term, embracing all multifarious means which human ingenuity can devise, and which are resorted to by one individual to get advantage over another by false suggestions or by suppression of truth, and includes all surprise, trick, cunning, dissembling, and any unfair way by which another is cheated. Johnson v. McDonald, 170 Okl. 117, 39 P.2d 150. "Bad faith" and "fraud" are synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc. Joiner v. Joiner, Tex.Civ.App., 87 S.W. 2d 903, 914, 915. It consists of some deceitful practice or willful device, resorted to with intent to deprive another of his right, or some manner to do him an injury. As distinguished from negligence, it is always positive, intentional. Maher v. Hibernia Ins. Co., 67 N.Y. 292; Alexander v. Church, 53 Conn. 561, 4 A. 103; Studer v. Bleistein, 115 N.Y. 316, 22 N.E. 243, 7 L.R.A. 702; McNair v. Southern States Finance Co., 191 N.C. 710, 133 S.E. 85, 88. It comprises all acts, omissions, and concealments involving a breach of a legal or equitable duty (UNIVERSAL DECLARATION OF HUMAN RIGHTS - UNITED NATIONS - HUMAN RIGHTS [Article Fifteen (15)]) (RIGHTS OF INDIGENOUS PEOPLES - UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.) and resulting in damage to another. Coppo v. Coppo, 163 Misc. 249, 297 N.Y.S. 744, 750. And includes anything calculated to deceive, whether it be a single act or combination of circumstances, whether the suppression of truth or the suggestion of what is false, whether it be by direct falsehood or by innuendo, by speech or by silence, by word of mouth, or by look or gesture. People v. Gilmore, 345 Ill. 28, 177 N.E. 710, 717. Fraud, as applied to contracts, is the cause of an error bearing on a material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. Civil Code La. art. 1847. Strauss v. Insurance Co. of North America, 157 La. 661, 102 So. 861, 865; Jesse French Piano & Organ Co. v. Gibbon, Tex.Civ.App., 180 S. W. 1185, 1187. Fraud, in the sense of a court of equity, properly includes all acts, omissions, and concealments which involve a breach of legal or equitable duty, trust, or confidence justly reposed, and are injurious to another, or by which an undue and unconscientious advantage is taken of another. 1 Story, Eq.Jur. § 187; Howard v. West Jersey & S. S. R. Co., 102 N.J.Eq. 517, 141 A. 755, 757.

• **Fraud is either actual or constructive.** Actual fraud consists in deceit, artifice, trick, design, some direct and active operation of the mind ; it includes cases of the intentional and successful employment of any cunning, deception, or artifice used to circumvent or cheat another; it is something said, done, or omitted by a person with the design of perpetrating what he knows to be a cheat or deception. Constructive fraud consists in any act of commission or omission contrary to legal or equitable duty, trust, or confidence justly reposed, which is contrary to good conscience and operates to the injury of another. Or, as otherwise defined, it is an act, statement or omission which operates as a virtual fraud on an individual, or which, if generally permitted, would be prejudicial to the public welfare, and yet may have been unconnected with any selfish or evil design. Or, according to Story, constructive frauds are such acts or contracts as, though not originating in any actual evil design or contrivance to perpetrate a positive fraud or injury upon other persons, are yet, by their tendency to deceive or mislead other persons, or to violate private or public confidence, or to impair or injure the public interests, deemed equally reprehensible with actual fraud. 1 Story, Eq.Jur. § 258. Code Ga.1882, § 3173 (Civ.Code 1910, § 4622) ; People v. Kelly, 35





Barb., N.Y., 457; Jackson v. Jackson, 47 Ga. 99; Massachusetts Ben. L. Ass'n v. Robinson, 104 Ga. 256, 30 S.E. 918, 42 L.R. A. 261; Allen v. United States Fidelity & Guaranty Co., 269 Ill. 234, 109 N.E. 1035, 1038.

•**Misjoinder.** The improper joining together of parties to a suit, as plaintiffs or defendants, or of different causes of action. Burstall v. Beyfus, 53 L.J.Ch. 567; Phenix Iron Foundry v. Lockwood, 21 R.I. 556, 45 A. 546.

•**Presumption.** n. - **Of Law**. A rule of law that courts and judges shall draw a particular inference from a particular fact, or from particular evidence, unless and until the truth of such inference is disproved. Steph. Ev. 4; Lane v. Missouri Pac. Ry. Co., 132 Mo. 4, 33 S.W. 645. A rule which, in certain cases, either forbids or dispenses with any ulterior inquiry. 1 Greenl. § 14.A consequence which the law or the judge draws from aknown fact to a fact unknown. In re Cowdry's Will, 77 Vt. 359, 60 A. 141, 142.
A rule of law laid down by the judge and attaching to evidentiary facts certain procedural consequences as to the duty of production of other evidence by the opponent. <u>If the opponent does offer evidence to the contrary, the presumption disappears, and the case stands upon the facts and the reasonable inferences to be drawn therefrom.</u> **Kramer v. Nichols-Chandler Home Building & Brokerage Co., 103 Okl. 208, 229 P. 767, 768.**

•**Ex-Rel** means an ex-relationship regarding information associated with the Ens Legis (or regarding any fiction, as fictions cannnot speak for themselves) of the birth certificate nomen (name), drivers license instrument, SSN, marriage licenses, etc. All of which are "Void in Law" from their inception or "void ab initio", and can only be represented by either Attorney, Attorney General, or One who is of a Natural Status (In Propria Persona), a flesh and blood Natural Being.

•**(116th Congress 1st Session, H.J. Resolution 48, February 22, 2019) Section 1.**
*"The rights protected by the Constitution of the United States are the rights of natural persons only. Artificial entities, such as corporations, limited liability companies, and other entities, established by the laws of any State, the United States, or any foreign state shall have no rights under this Constitution and are subject to regulation by the People, through Federal State, or local law. The privileges of artificial entities shall be determined by the People through Federal, State, or local law and shall not be construed to be inherent or inalienable."*

•**In Propria Persona** (Proper Status), supersedes any corporate jurisdiction. A "National" is the highest ranking "Inhabitant" Moored to the land aboriginal and indigenous, not to the States or Corporations which are "Foreigners" to this land.

• Aboriginal and Indigenous is a **Status, and NOT a Nationality**.

**(59TH CONGRESS, 2d Session; HOUSE OF REPRESENTATIVES, Document No. 326., Letter from THE SECRETARY OF STATE Submitting REPORT ON THE SUBJECT OF CITIZENSHIP OF THE UNITED STATES, EXPATRIATION, AND PROTECTION ABROAD; Washington, December 18, 1906):**
*"There are, however, numerous treaties and conventions between the various Christian countries and the Moorish Empire, by means of which citizenship in this country are defined; but as I understand, from the above-acknowledged instructions,*





*that it is not the desire of the Department to call for a report upon such lines, I will therefore confine these remarks to general conditions existing, wich may possibly be of some use in connection with the information desired.*

*(1). Citizenship in Morocco may be said to be governed by the laws pertaining to the same in other countries, with the exception that all persons residing in Morocco who can not prove foreign citizenship or protection are considered ipso jure as Moorish subjects.*

*(2 and 3)Moorish subjects lost their nationality only by becoming naturalized in, or protected by, another country having treaty relations with the Moorish Empire.*
*It was established by the Convention of Madrid, concluded July 3, 1880, as follows:*
*Article XV.*
*Any subject of Morocco who has been naturalized in a foreign country, and who shall return to Morocco, shall, after having remained for a length of time equal to that which shall have been regularly necessary for him to obtain such naturalization, choose between entire submission to the laws of the Empire and the obligation to quit Morocco, unless it shall be proved that his naturalization in a foreign country was obtained with the consent of the Government of Morocco.*

*Foreign naturalization heretofore acquired by subjects of Morocco according to the rules established by the laws of each country, shall be continued to hetm[sic] as regards all its effects without any restriction.*

*The above ruling has never yet been acted upon, and should this at any time by contemplated seriously, a large number of naturalized people, American and others, residing in Morocco, would be affected thereby."*

This Moor American National was only a Moorish subject ipso jure, because he had been escheated and stripped of the knowledge of his past, consanguinity, heireidiments, and primogeniture rights. And even given deplorable circumstances such as these he was still ipso jure a Moorish subject as he could not prove otherwise. But we are in a new era now, the age of knowing. And having acquired the light of fruition and the knowledge of Self and of his vast estate this Petitioneer, Noble Steven Abdul-Azziz El Bey knows he is the National, Aboriginal and Indigenous to this Land; Al Moroc/Northwest Amexem/Northwest Africa/The Northgate and that he only lost his nationality only by becoming naturalized through the fraudulent and fictious means of miseducation and the 14th Amendment and by and through the suppression of that great and Noble treasure of the past, of consanguinity, of heireidiments, and primogeniture rights.

**Of which**, the United States of America decided long ago to rectify in joing with the family of nations and agreed upon in the Declaration of Human Rights that; "...to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction."

**Personam Jurisdiction**, **Subject Matter Jurisdiction** and **Territorial Jurisdiction** was challanged in this matter as evidenced by the **"Averment of Jurisdiction - Quo Warranto"** filed with aforesaid tribunal on December Twenty Four Two Thousand Eighteen., also by Common Law **WRIT OF HABEAS CORPUS AD SUBJICIENDUM** filed with same aforesaid tribunal on June Twenty One Two Thousand Twenty Two.

The tribunal/trial court, Respondant, accuser has repeatedly refused to place proof of jurisdiction on the record as a matter of law; ignored this Petioner's Article I. sec. 9 Constitutinal right of Habeas Corpus and are in default and in want of jurisdiction. **A WRIT OF DEFAULT** to the execution of the **WRIT OF HABEAS CORPUS AD SUBJICIENDUM** was issued to said tribunal/trial court. That lawful and legal WRIT OF DEFAULT was stricken from the Recored Ex Parte by the tribunal/trial court





Judge W. David Branstool. A lawful and legal **WRIT OF ERROR/CORAM NOBIS** was then issued in response to that unlawful action by this Petitioner which was also stricken from the Record along with instructions given to the acting Administrator of the Clerk of Courts OLIVIA C. PARKINSON not to file anything from its auther i.e. this Petitioner in an open and blatent constitutional violation of due process.

"Jurisdiction of court may be challenged at any stage of the proceeding, and also may be challenged after conviction and execution of judgement by way of writ of habeas corpus." **(U.S. v. Anderson, 60 F. Supp. 649 (D.C. Wash. 1945)**

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." **(Hagans v. Lavine 415, U.S. 533)**

"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." **(Norman v. Zieber, 3 or at 202-03)**

"Under Federal Law, which is applicable to all states, the U.S. Supreme Court stated that, "If a court is without authority, its judgements and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such judgements or sentences are considered in law, as trespassers." **(Brook v. Yawkey, 200 F. 2d 633; Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)**

"Jurisdiction over a defendant requires both personal and subject matter jurisdiction." **Boles v. State, 717 So.2d 877 (1998)**

"Courts acquire authority to adjudicate a matter if they have both subject matter and in personam jurisdiction." **(McKinney's CPL v. sec. 1.20 subd. 9. -- People v. Marzban, 660 N.Y.S.2d 808, 172 Misc.2d 987 (1997))**

"In legal prosecution, all legal requisites must be complied with to confer jurisdiction on the court in criminal matters, as district attorney cannot confer jurisdiction by will alone." **(People v. Page, 667 N.Y.S.2d 689, 177 Misc.2d 448 (1998))**

"Lack of subject matter jurisdiction is a non-waivable defect which may be raised at any stage of the proceedings." **(State v. LaPier, 961 P.2d 1274, 289 Mont. 392, 1998 MT 174 (1998))**

"Ruling made in absence of subject matter jurisdiction is a nullity." **(State v. Dvorak, 574 N.W.2d 492, 254 Neb. 87 (1998))**

"If the trial court is without subject matter jurisdiction of defendants case, conviction and sentence would be void ab initio." **(State v. Swiger, 708 N.E.2d 1033, 125 Ohio.App.3d 456, dismissed, appeal not allowed, 694 N.E.2d 75, 82 Ohio St.3d 1411 (1998))**

"Before a court may exercise judicial power to hear and determine a criminal prosecution, that court must possess three types of jursdiction: jurisdiction over the defendant, jurisdiction over the alleged crime, and territorial jurisdiction." **(Const. Art. 1 sec. 9, State v. Legg, 9 S.W.3d 111 (1999))**

"Without jurisdiction, criminal proceedings are a nullity." **(State v. Inglin, 592 N.W.2d 666, 274 Wis.2d 764 (1999))**

   

*"Only Congress can make an act a crime, affix punishment to it, and declare court that shall have jurisdiction."* **(U.S. v. Beckford, 966 F.Supp. 1415 (1997))**

As Such, Liking County Court of Common Pleas is in want of jurisdiction and the administrative tibunal held February Nine and Ten Two Thousand Fifteen in docket reference # 2015 CR 00463 in the records of aforesaid tribunal and any attachments associated thereto are **NULL an VOID AB INITIO** and are **UNENFORCEABLE** for lack of jurisdiction.

## RELIEF SOUGHT

Petitioner, Noble Steven Abdul-Azziz El Bey issues this **WRIT OF MANDAMUS** to command the Respondant execute his judicial duties, cease the abuse of power of not allowing this Petioner's right to due process by striking lawful and legal documents from the Record, cease the neglect of improper perfomance of administrative duties and follow the operation of positive law by executing the **AFFIDAVIT OF FACT NOTICE OF DEFAULT JUDGEMENT - DEMAND TO DISMISS AND WITHDRAW**, and execute the **WRIT OF HABEAS CORPUS AD SUBJICIENDUM** as the operation if law demands.

Furthermore, per compotent Consulor Jurisdiction, order aforesaid tribunal to carry out its judicial duties and order all fraudulent claims, petitions, suits, filings, or other matters related to the misrepresented instrument-**bill of attainder**/case No. 15CR463 to be immediatley **Discharged, Dismissed, Expunged, and Withdrawn, with Cause and with Prejudice** from the Record and for the Record and that the immedieate release of the flesh and blood living Man and Noble Steven Abdul-Azziz El Bey now serving without warrant of jurisdiction unlawfully and illegally as surety for the ficticious corporate person, ens legis, artificial person, stramineus homo, STEVEN L. SMITH.

**And furthermore**, give order to aforesaid trial court/tribunal now in DEFAULT and in want of jurisdiction; That He, The Noble Steven Abdul-Azziz El Bey, Natural Person, Moorish American National, Aboriginal and Indigenous, Flesh and Blood Living Man, In Propria Persona be immediatley set at liberty and his effects restored for lack of jurisdiction and want of jurisdiction and pursuant to **Articles VI, XX, XXI of the Treaty of Peace and Friendship of 1787/1836** between the **United States of North America and the Moroccan Empire**; per Article III, Section II, Article VI, Section II, and Bill of Rights I, IV, V and the organic XIIIth, section 12 of the Constitution for the United States of North America Republic 1791.

**Be It So.**

**Without Malice.** Affiant / Heir / Creditor: **Steven Abdul-Azziz El Bey** Moorish American Sovereign National, Aboriginal, Indigenous, Divi`ne Being - Manifested in human flesh, do hereby Declare by virtue of Divine Law; under the Zodiac Constitution (Natural Law); upon penalty of perjury and upon my Fore-Mothers and Fore-Fathers that the above is the Truth, the Whole Truth and nothing but the Truth to the best of my knowledge and Honorable intent.

Respectfully Submitted,





*Steven Abdul Azziz El Bey*

Princeps / Affiant / Heir / Creditor:
Steven Abdul-Azziz El Bey, Consul
Natural Person, In Propria Persona, Sui Juris, Sui Heredes
In Solo Proprio, Authorized Representative, **Ex Relatione:**
STEVEN L. SMITH, CESTUI QUE TRUST ESTATE
Without Prejudice, All Rights Reserved
U.C.C. 1-207 / 1-308 /1-209
U.C.C. 1-103; Without recourse

### CERTIFICATE OF SERVICE

I, Steven Abdul-Azziz El Bey, Natural Person, hereby certify that on this _____3rd_____ day of April, 2023, I caused this original document **'WRIT OF MANDAMUS'** to be delivered via certified mail receipt requested to the Clerk of Courts. Upon the Clerk's office docketing, a notice of filing will be sent to and served upon all parties represented and concerned.

*Steven Abdul Azziz El Bey*
Steven Abdul-Azziz El Bey

Mail file stamped copy in enclosed
postage pre-paid
self addressed envelope to:
c/o Steven Abdul-Azziz El Bey
1279 Troon Way
[Near] Rockledge, Florida
FloridaTerritory [32955]